OFFICE OF DISCIPLINARY COUNSEL *v.* LINICK.

[Cite as *Disciplinary Counsel v. Linick* (2000), 88 Ohio St.3d 1228.]

(No. 98–1241—Submitted and decided March 6, 2000.)

For earlier case, see *Disciplinary Counsel v. Linick* (1999), 84 Ohio St.3d 489, 705 N.E.2d 667.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.